In re:                                                                          Case No. 26-50853-HLB

Gina Poquiz Urmatan                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-5                          User: admin                                        Page 1 of 3

Date Rcvd: Jul 27, 2026                       Form ID: pdfnonrd                                   Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gina Poquiz Urmatan, PO BOX 1598, Seaside, CA 93955-1598 |
| 15910294 | ++ | ASPIRE VISA, P O BOX 105555, ATLANTA GA 30348-5555 address filed with court:, Aspire, Payment Center, P.O. Box 23007, Columbus, GA 31902 |
| 15910302 | + | Cornerstone Servicing, Attn: Bankruptcy, 10800 E. Geddes Ave., Suite 100, Englewood, CO 80112-3894 |
| 15910311 | | Lexus Financial Services, PO BOX 94305, Palatine, IL 60094-4305 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15910296 | | Email/Text: resolutions@beyondfinance.com | Jul 28 2026 00:49:00 | Beyond Finance, 333 W Wacker Dr Suite 1800, Chicago, IL 60660-6000 |
| 15910316 | | Email/Text: fwdbctl@spotloan.com | Jul 28 2026 00:48:33 | SpotLoan, PO BOX 720, Belcourt, ND 58316 |
| 15910295 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 28 2026 00:58:26 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 15910297 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2026 00:58:36 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15915085 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 28 2026 00:58:29 | Capital One N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15910298 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 28 2026 00:58:35 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 15910299 | + | Email/Text: bankruptcy@axcess-financial.com | Jul 28 2026 00:48:00 | Check 'n Go, Attn: Bankruptcy, Po Box 36454, Cincinnati, OH 45236-0454 |
| 15910300 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2026 00:58:48 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 15910301 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2026 00:58:29 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 15910303 | + | Email/Text: bkmailings@nbsdefaultservices.com | Jul 28 2026 00:49:00 | Cornerstone Servicing, PO BOX 4638, Englewood, CO 80155-4638 |
| 15910304 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2026 00:58:29 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 15910305 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 28 2026 00:58:44 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15910306 | | Email/Text: BKBNCNotices@ftb.ca.gov | Jul 28 2026 00:49:00 | Franchise Tax Board, Bankruptcy Section, MS A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15910307 | | Email/Text: BKBNCNotices@ftb.ca.gov | Jul 28 2026 00:49:00 | Franchise Tax Board, Chief Counsel, General Counsel Section, MS A-260, P.O. BOX 1720, Rancho Cordova, CA 95741-1720 |
| 15910308 | | Email/Text: BKBNCNotices@ftb.ca.gov | Jul 28 2026 00:49:00 | Franchise Tax Board, Bankruptcy Section, MS A-340, Attn: Officer, managing, or gen. agent, P.O. BOX 2952, Sacramento, CA 95812-2952 |
| 15910310 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 28 2026 00:49:00 | Internal Revenue Service, Attn: Officer, managing, or gen. agent, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 15928980 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 28 2026 00:49:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15921546 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 28 2026 00:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15910312 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2026 00:58:37 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 15910313 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 28 2026 00:48:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15910314 | + | Email/Text: notice@nightwindslending.com | Jul 28 2026 00:49:00 | Night Winds Lending, PO Box 428, Keshena, WI 54135-0428 |
| 15915112 | | Email/Text: bankruptcy@reprisefinancial.com | Jul 28 2026 00:49:00 | Reprise Financial, 8333 Ridgepoint Drive #150, Irving, TX 75063 |
| 15927185 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2026 00:58:47 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15910315 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 28 2026 00:48:00 | Rocket Mortgage, PO BOX 60516, City of Industry, CA 91716-0516 |
| 15910317 | ^ | MEBN | Jul 28 2026 00:47:19 | Springlight Financial, Attn: Bankruptcy, P.O.Box 143514, Irving, TX 75014-3514 |
| 15910318 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2026 00:58:27 | Syncb/car Care Syn Car, Po Box 71757, Philadelphia, PA 19176-1757 |
| 15910319 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2026 00:58:46 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15910320 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2026 00:58:34 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15934141 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 28 2026 00:48:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15910322 | | Email/Text: USACAN.BK-Notice@usdoj.gov | Jul 28 2026 00:48:00 | United States Attorney, Civil Division, Attn: Officer, managing, or gen. agent, 450 Golden Gate Avenue, San Francisco, CA 94102-3400 |
| 15910323 | | Email/Text: TAX-CTS-Western.BankruptcyMail@usdoj.gov | Jul 28 2026 00:48:00 | United States Department of Justice, Civil trial Section Western Region, Attn: Officer, managing, or gen. agent, Box 683 Ben Franklin Station, Washington, DC 20044 |
| 15910321 | | Email/Text: bankruptcynotice@unison.com | Jul 28 2026 00:48:00 | Unison, 4 Embarcadero Center, Suite 710, San Francisco, CA 94111 |
| 15910324 | | Email/Text: bankruptcy@uprova.com | Jul 28 2026 00:49:00 | Uprova, 635 E Hwy 20 V, Upper Lake, CA 95485 |
| 15910325 | + | Email/Text: info@plazaservicesllc.com | Jul 28 2026 00:48:00 | Xact, c/o Plaza Services LLC, 110 Hammond Dr #110, Atlanta, GA 30328-4806 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| reqntc | | U.S. Bank National Association |
| 15910309 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2026    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Asaph Abrams | on behalf of Requestor U.S. Bank National Association ecfcanb@aldridgepite.com |
| Devin Derham-Burk | ctdocs@ch13sj.com |
| Jason Vogelpohl | on behalf of Debtor Gina Poquiz Urmatan jason@centralcoastbankruptcy.com  jason@ecf.inforuptcy.com |
| Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |

TOTAL: 4

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:  (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                    )     Chapter 13
                                          )     Case No. 26-50853 HLB
GINA POQUIZ URMATAN                       )
                                          )
                                          )
                    Debtor          )
_____ )

**TRUSTEE'S STATEMENT OF NON-READINESS FOR CONFIRMATION**

The above case is not ready for confirmation based on outstanding objections to

confirmation of the plan or other deficiencies, such as a default on Chapter 13 plan

payments.  At the scheduled confirmation hearing, the case will be taken off calendar and

placed on the Trustee's Pending List ("TPL"), subject to being restored to the confirmation

calendar.


Dated: July 27, 2026                    /s/  DEVIN DERHAM-BURK_____
                                        DEVIN DERHAM-BURK, TRUSTEE

26-50853 HLB -Trustee's Statement of Non-Readiness

Case: 26-50853    Doc# 21    Filed: 07/29/26    Entered: 07/29/26 21:18:11    Page 4 of 4